ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :
                                    :   **NOTICE OF INTENT**
       v.                           :   **TO FILE AN INFORMATION**
                                    :
FAIROL GOMEZ,                       :   07 Cr.
                                    :
                                    :
            Defendant.              :   **07 CRIM. 432**
------------------------------------x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: May 9, 2007
New York, NY

                                        MICHAEL J. GARCIA
                                        United States Attorney

                            By:  _____
                                 Arlo Devlin-Brown
                                 Assistant United States Attorney


                            AGREED AND CONSENTED TO:


                            By:  _____
                                 Phil Weinstein
                                 Attorney for Defendant
                                 Fairol Gomez

JUDGE KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-07