UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :      **WAIVER OF INDICTMENT**
                                    :
        - v. -                      :      07 Cr. ___ (JGK)
                                    :
FAIROL GOMEZ,                       :      07CRIM. 432
                                    :
                Defendant.          :
------------------------------------x

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) & 846 and Title 18, United States Code, Sections 924(a)(1) and (2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

/s/ Fairol Gomez
FAIROL GOMEZ
Defendant

_____
Witness

/s/ Philip Weinstein
Philip Weinstein, Esq.
Counsel for Defendant

Date:  New York, New York
       May 16, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: