UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

FAIROL GOMEZ,

                    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07

07 Cr. 432 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 13, 2007 at 4:00 p.m.**

    Because an adjournment is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **May 16, 2007**, until **July 13, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          May 16, 2007

                                    _____
                                    John G. Koeltl
                                    United States District Judge