```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

FAIROL GOMEZ,

                  Defendant.

07 Cr.432 (JGK)

<u>SPEEDY TRIAL ORDER; BAIL
RESTRICTION ORDER</u>

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **October 26, 2007 at 2:30 p.m.** This order confirms the orders made at the conference on September 7, 2007.

    Because an adjournment is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excluded the time from **September 7, 2007,** until **October 26, 2007** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

    In addition, the defendant's application to extend bail restrictions from **September 21, 2007** to **September 23, 2007** is **granted**. The bail restrictions on those dates include the District of Maryland and the districts necessary to

travel between the Southern District of New York and Maryland. The defendant should keep pre-trial services aware of where he will be staying and his plans with regard to travel.

SO ORDERED.

Dated:   New York, New York
         October 5, 2007

_____
John G. Koeltl
United States District Judge