```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

FAIROL GOMEZ,

                    Defendant.
----------------------------------------------------------X

07 cr 432 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, November 16, 2007 at 3:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 16, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                      JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 15, 2007