```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -against-                                    07 cr 432 (JGK)

FAIROL GOMEZ,                                                    ORDER OF REMAND
                    Defendant.
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2007

For the reasons stated on the record on November 16, 2007, the defendant, Fairol Gomez, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, and is detained pending sentence. *The Bureau of Prisons should provide medical attention to the defendant for his medical conditions including high blood pressure and high cholesterol.*

SO ORDERED.

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 16, 2007