AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**SOUTHERN DISTRICT OF NEW YORK**

APPEARANCE

Case Number: 07 cr 432

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States
v.
Fairol Gomez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/15/2008 | *Jorge Guttlein* (signature) |
| Date | Signature |
| | Jorge Guttlein — 9384 |
| | Print Name / Bar Number |
| | 291 Broadway, Suite 1500 |
| | Address |
| | New York / New York / 10007 |
| | City / State / Zip Code |
| | (212) 608-3188 / (212) 385-0231 |
| | Phone Number / Fax Number |