**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

LAW OFFICES OF

# Jorge Guttlein & Associates, P.C

**291 Broadway, Suite 1500**
**New York, N.Y. 10007**

Tel: 212 608-3188                    Fax: 212 385 0231

February 15, 2008

RECEIVED
FEB 20 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Fairol Gomez**
**07 CR 432**

Dear Judge Koeltl:

Please be advised we have been retained to represent Mr. Fairol Gomez at his sentencing presently scheduled for February 29, 2008. We would respectfully request that the Court permit us to substitute as counsel in this matter and grant us a thirty day extension of time to file adjustments, particularly in order of the charges in the sentencing guidelines for crack cocaine.

We thank the Court for considering our request.

*DEFENSE SUBMISSIONS MARCH 28, 2008*
*GOVT RESPONSE APRIL 4, 2008*
*SENTENCING ADJOURNED TO*
*FRIDAY, APRIL 11, 2008 AT 2:30PM*
*SO ORDERED*

Respectfully,
Jorge Guttlein & Associates

By: *Jorge Guttlein*
Jorge Guttlein, Esq.

JG/ec        2/26/08

Cc: Philip L. Weinstein
Federal Defenders of New York Inc.
52 Duane Street, 10th Floor
New York, New York 10007

Arlo Devlin Brown
Assistant United States Attorney
U.S. Attorney's Office, SDNY
One Saint Andrews Plaza
New York, New York 10007

Legal Mail
Fairol Gomez, Reg No.59703-054
MCC NEW YORK
Metropolitan Correctional Center
150 Park Row
New York, NY 10007