UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -

FAIROL GOMEZ,

              Defendant.

---

07 Cr. 432 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the defendant's Motion for Sentence Reduction Pursuant to Retroactive Amendment 706. The Government is directed to respond by **September 8, 2008**. The defendant should reply by **September 22, 2008**.

SO ORDERED.

Dated:    New York, New York
           August 18, 2008

                                John G. Koeltl
                         United States District Judge