UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA

           -against-

WILFREDO SALAS, et al.,

                         Defendant.
------------------------------------------------------------X

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

*(Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #___ DATE FILED: 8/19/2008)*

**JOHN G. KOELTL, DISTRICT JUDGE:**

Requests to charge and voir dire, ~~together with any objections,~~ shall be due **November 4**, 2008. *[handwritten: Objections are due November 7, 2008]* Final pretrial conference shall be held on **Thursday, November 13, 2008 at 4:00pm**. Trial is scheduled for **Wednesday, November 19, 2008 at 9:00am**.

The Court prospectively excludes the time from today until **November 19, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                     _____
                                                     JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           August 18, 2008