

LAW OFFICES OF

## *Jorge Guttlein & Associates, P.C.*

**291 Broadway, Suite 1500**
**New York, N.Y. 10007**
**info@jorgeguttlein.com**

Tel: 212 608-3188                    Fax: 212 385- 0231

August 21, 2008

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> **USDS SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 9/3/08

Re: <u>United States v. Fairol Gomez</u>
Docket No. 07 Cr. 432

Dear Judge Koeltl:

We are in receipt of the Court's order in the above-captioned matter (copy enclosed) dated August 18, 2008. We are unaware of any motion made, so we will not be joining in said motion.

Respectfully,
Jorge Guttlein & Associates

By: *Jorge Guttlein*
Jorge Guttlein, Esq.

JG/ec
Cc:    w/enclosure
Arlo Devlin Brown, Esq.
Assistant United States Attorney
United States Attorney's Office
One Saint Andrew's Place
New York, New York 10007

*This should be filed*
*So ordered.*

8/27/08                    *JGK  6/3/08*
U S D J

Philip L Weinstein
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

FAIROL GOMEZ,

                    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

07 Cr. 432 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the defendant's Motion for Sentence
Reduction Pursuant to Retroactive Amendment 706.  The Government
is directed to respond by **September 8, 2008**.  The defendant
should reply by **September 22, 2008**.

SO ORDERED.

Dated:    New York, New York
          August 18, 2008

                                        John G. Koeltl
                                United States District Judge